UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-15970 |
| | ) | |
| James A. and Patricia L. Anderson | ) | Chapter 7 |
| | ) | |
| Debtor | | Hon. Timothy A. Barnes |

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale approved by the Court on January 29, 2025:

Notice of Motion and Motion to Sell Trustee's Interest in the following: 2023 Suburu Impreza VIN # XXXZX2644

Itemized Statement of Property Sold:

2023 Suburu Impreza VIN # XXXZX2644

Name of Purchaser:
Debtor

Amount Received:
Gross Sale Amount (same as Net Sale Amount) of $11,500.00, said funds being received on January 21, 2025

        ILENE F. GOLDSTEIN, as the Trustee of the
        Estate of James A. and Patricia L. Anderson
        By:   /s/Ilene F. Goldstein, Trustee

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein Chartered
2070 Greenbay Road, PMB 201
Highland Park, IL 60035
(847) 562-9595